# IN THE SUPREME COURT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : NO. 284 |
| | : |
| APPOINTMENT TO THE APPELLATE | : APPELLATE PROCEDURAL RULES |
| COURT PROCEDURAL RULES | : |
| COMMITTEE | : DOCKET |

## ORDER

**PER CURIAM**

    **AND NOW**, this 18th day of December, 2019, Brandon P. Ging, Esquire, Allegheny County, is hereby appointed as a member of the Appellate Court Procedural Rules Committee for a term ending July 1, 2025.